JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. <u>439</u> -- <u>In re Diving Disaster Involving the VENTURE I in the</u>
<u>North Sea on May 10, 1977</u>

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 80/07/02 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS AND CERT. OF SERVICE -- Pltf. Henry G. Hoffman (emh) <br> SUGGESTED TRANSFEREE DISTRICT:  E. D. Pennsylvania <br> SUGGESTED TRANSFEREE JUDGE:                 (emh) |
| 80/07/02 | 2 | LETTER -- w/Order by Judge Spears (granting defendant's motion to stay) signed by Damon Ball   (emh) |
| 80/07/09 | 3 | RESPONSE -- Southwest Institute -- w/copy of Judge Spears Stay Order and cert. of service  (cds) |
| 80/07/14 |  | APPEARANCES -- Louis Samuel Fine for Henry G. Hoffman, etc.; ~~Kxxiixx Camp~~ Daniel Daugherty for I.U.C. International Inc.; George D. Sheehan for North Sea Sun Oil Co., Ltd., Sun Co., Inc. and Sun Oil Co.; Damon Ball for Southwest Research Institute (emh) |
| 80/07/17 |  | APPEARANCE -- Theodore Goller for Dixilyn-Field Drilling Co.   (emh) |
| 80/07/21 |  | APPEARANCE -- Michael P. Tierney, Esquire for International Underwater Contractors, Inc. (rew) |
| 80/07/21 | 4 | REQUEST FOR EXTENSION OF TIME -- International Underwater Contractors, Inc. -- GRANTED TO ALL PARTIES to and including August 15, 1980      (emh) |
| 80/07/21 | 5 | REQUEST FOR EXTENSION OF TIME -- Helle Engineering Inc. -- GRANTED TO ALL PARTIES to & including 8/15/80 (emh) |
| 80/07/21 | 6 | REQUEST FOR EXTENSION OF TIME -- Dixilyn-Field Drilling Co. -- GRANTED TO ALL PARTIES to & including 8/15/80   (emh) |
| 80/07/21 | 7 | RESPONSE/MEMORANDUM -- I.U.C. International Inc. -- w/cert. of svc.   (emh) |
| 80/07/21 |  | APPEARANCE -- Gregory A. Post for Helle Engineering Inc. (emh) |
| 80/08/15 | 8 | RESPONSE -- Defendant Helle Engineering, Inc., w/CERT. OF SVC.  (ds) |
| 80/08/18 | 9 | RESPONSE/MEMORANDUM -- International Underwater Contractors, Inc. -- w/cert. of svc. (emh) |
| 80/08/19 | 10 | RESPONSE--Dixilyn Field Drilling Co. to Plaintiff's Motion for Consolidation of Pretrial Proceedings w/Complaint and Cert. of Svc.  (ds) |
| 80/08/21 |  | HEARING ORDER -- setting A-1 thru A-5 for hearing on Sept. 25, 1980 in Nashville, Tenn.   (ea) |

JPML FORM lA - Continuation                    DOCKET ENTRIES -- p._____


DOCKET NO. ____ -- _____

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| 80/08/22 | 11 | RESPONSE -- International Underwater Contractors, Inc. w/Cert. of Svc. (ds) |
| 80/09/02 | 12 | RESPONSE -- I.U.C. Int'l. (cds) w/cert. of service (cds) |
| 80/09/12 | 13 | REPLY BRIEF -- Plaintiffs Henry G. Hoffman, etc. -- w/cert. of service (cds) |
| 80/09/12 | | WAIVER OF ORAL ARGUMENT -- All parties (cds) |
| 80/10/1 | | ORDER -- denying transfer of litigation under 28 U.S.C. §1407. Notified involved judges, clerks, counsel and recipients. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 439 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Diving Disaster Involving the Venture I in the North Sea on May 10, 1977

## SUMMARY OF LITIGATION

| Hearing Dates 9/25/80 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 10/1/80 | MO Unpub. | | | | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

## LISTING OF INVOLVED ACTIONS

DOCKET NO. 439 -- In re Diving Disaster Involving the VENTURE I in the North Sea on May 10, 1977

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Henry G. Hoffman, etc. v. I.U.C. International, Inc., et al. | S.D.N.Y. Sweet | 79 CIV 2431 | | | | |
| A-2 | Henry G. Hoffman, etc. v. North Sea Sun Oil Co., Ltd., et al. | E.D.PA VanArtsdalen | 79-1665 | | | | |
| A-3 | Henry G. Hoffman, etc. v. Southwest Research Institute | W.D.Tex. Spears | SA 79 CA 156 | | | | |
| A-4 | Henry G. Hoffman, etc. v. Helle Engineering, Inc., et al. | S.D.Calif. Thompson | 79-619-T | | | | |
| A-5 | Henry G. Hoffman, etc. v. Dixilyn Field Drilling Corp. | S.D.Tex. SEALS | H-80-824 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. <u>439</u> -- <u>IN RE DIVING DISASTER INVOLVING THE VENTURE I IN THE</u>

<u>NORTH SEA ON MAY 10, 1977</u>

---

HENRY G. HOFFMAN, ETC.
 <u>(A-1,A-2,A-3,A-4 & A-5)</u>
Louis Samuel Fine, Esquire
Fine, Staud and Grossman
1333 Race Street
Philadelphia, Pa.  19107

<u>IUC INTERNATIONAL INC.</u>
David J. Daugherty, Esquire
Kirlin, Campbell & Keating
120 Broadway
New York, New York  10271

NORTH SEA SUN OIL CO., LTD.
SUN COMPANY, INC.
<u>SUN OIL COMPANY</u>
George D. Sheehan, Sr., Esquire
McWilliams and Sweeney
1530 Three Penn Center Plaza
Philadelphia, Pa.  19102

<u>SOUTHWEST RESEARCH INSTITUTE</u>
Damon Ball, Esquire
Groce, Locke & Hebdon
2000 Frost Bank Tower
San Antonio, Texas  78205

INTERNATIONAL UNDERWATER CONTRACTORS,
 <u>INC.</u>
Michael Tierney, Esquire
Coudert Brothers
200  Park Avenue
New York, New York  10166


HELLE ENGINEERING, INC.

Gregory Post, Esquire
Post, Kirby, Wideman and Nonnan
600 B Street
San Diego, Calif. 92101

DIXIELIN COMPANY
DIXILYN FIELD DRILLING CORP.

Theodore Goller, Esquire
Fulbright and Jawarski
800 Bank of Southwest
Houston, Texas  77002

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __439__ -- In re Diving Disaster Involving the Venture I in the North Sea on May 10, 1977

| Name of Party | Named as Party in Following Actions |
|---|---|
| North Sea Sun Oil Co., Ltd. ✓ | A-2 |
| Sun Company, Inc. ✓ | A-2 |
| Sun Oil Company ✓ | A-2 |
| Dixielin Company ✓ | A-2 |
| I.U.C. International, Inc. ✓ | A-1 |
| Southwest Research Institute ✓ | A-3, A-4 |
| Helle Engineering, Inc. ✓ | A-4 |
| Dixilyn Field Drilling Corp. ✓ | A-5 |
| International Underwater Contractors, Ltd. ✓ | A-1, A-4 |
| | |
| | |