JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT -1 1980

PATRICIA E. HOWARD
CLERK OF THE PANEL

DOCKET NO. 439

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE DIVING DISASTER INVOLVING THE VENTURE I IN THE NORTH SEA ON MAY 10, 1977

ORDER DENYING TRANSFER

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by plaintiffs in the five actions listed on the attached Schedule A, to centralize all actions in this litigation in the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings. On the basis of the papers filed in this litigation,[1] the Panel finds that movants have failed to demonstrate that centralization of the five actions in a single district under Section 1407 would serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1] All parties waived oral argument and therefore this matter was submitted for decision on the basis of the papers filed. See Rule 14, R.P.J.P.M.L., 78 F.R.D. 561, 572 (1978).

Schedule A

MDL-439 -- In re Diving Disaster Involving the VENTURE I in the North Sea on May 10, 1977

    Southern District of New York
Henry G. Hoffman, et al. v. I.U.C. International, Inc., et al., C.A. No. 79 Civ 2431

    Western District of Texas
Henry G. Hoffman, et al. v. Southwest Research Institute, C.A. No. SA 79CA156

    Southern District of California
Henry G. Hoffman, et al. v. Helle Engineering, Inc., et al., C.A. No. 79-619-T

    Southern District of Texas
Henry G. Hoffman, et al. v. Dixilyn Field Drilling Corp., C.A. No. H-79-824

    Eastern District of Pennsylvania
Henry G. Hoffman, et al. v. North Sea Sun Oil Co., Ltd., et al., C.A. No. 79-1665